UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-CIV-24136-CANNON

**TIMOTHY ALAN CONNELL**,

    Plaintiff,

v.

**CENTURION MEDICAL, et al**.,

    Defendants.
_____/

## ORDER VACATING ORDER DISMISSING CASE WITH PREJUDICE AND DENYING MOTION TO STRIKE VOLUNTARY DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Motion to Strike Voluntary Dismissal (the "Motion") [ECF No. 13], filed on January 7, 2022. Plaintiff filed a Motion to Voluntarily Dismiss Civil Rights Complaint [ECF No. 11]. The Court thereafter entered an Order Dismissing the Case with Prejudice [ECF No. 12]. Plaintiff then filed the instant motion requesting that the Court reopen the case and allow his claims to proceed [ECF No. 13]. For the following reasons, the Court hereby **VACATES** its prior Order Dismissing the Case *with* prejudice [ECF No. 12], **DISMISSES** the case *without* prejudice, and **DENIES** Plaintiff's Motion [ECF No. 13].

Plaintiff filed a Motion to Voluntarily Dismiss the Case under Rule 41(a)(1)(A) prior to Defendants serving an answer [ECF No. 11]. *See* Fed. R. Civ. P. 41(a)(1)(A). Because Plaintiff's voluntary dismissal motion did not explicitly state whether prejudice would attach, the effect of this dismissal is a dismissal without prejudice. *See Anago Fran., Inc. v. Shaz, LLC*, 677 F.3d 1272, 1276 (11th Cir. 2012) ("Rule 41(a)(1)(B) states that dismissals under Rule 41(a)(1) must explicitly state if prejudice is to attach, else the court will assume that the dismissal will be without

prejudice.") (citing Fed. R. Civ. P. 41(a)(1)(B)).  Nevertheless, a notice of voluntary dismissal under Rule 41(a)(1)(A)(i) dismisses and closes the case, effective upon filing.  *See Anago*, 677 F.3d at 1278 ("We have found that notices of dismissal allowed for under Rule 41(a)(1)(A)(i) are effective upon filing . . . .") (citing *In re Wolf*, 842 F.2d 464, 466 (D.C. Cir. 1988)).

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Court's prior order dismissing the case with prejudice [ECF No. 12] is **VACATED**.

2. This case is **DISMISSED WITHOUT PREJUDICE**, effective December 28, 2021, the date Plaintiff filed the Motion to Voluntarily Dismiss Civil Rights Complaint [ECF No. 11].

3. Plaintiff's Motion to Strike [ECF No. 13] is **DENIED**.

4. This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida this 12th day of January 2022.

_____
AILEEN CANNON
UNITED STATES DISTRICT JUDGE

cc:

**Timothy Alan Connell,** *pro se*
T11890
Florida State Prison
Inmate Mail/Parcels
PO Box 800
Raiford, Florida 32083