UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TIMOTHY ALAN CONNELL
  PLAINTIFF

VS.                              CASE NO.: 21-24136-CIV-CANNON

CENTURION MEDICAL,
THOMAS COOPMAN
GONZALAS ESPINO ET AL.,
    DEFENDANT(S).



LEGAL MAIL
Provided to Florida State Prison on
1/11/22 for mailing by ___

FILED BY ___ D.C.
JAN 18 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## PLAINTIFFS DECLARATION
## OBJECTIONS · NOTICE OF APPEAL

COMES NOW, plaintiff Timothy Alan Connell, prose Counsel Moves this Honorable Court to Strike voluntarily dismissal & request motion to proceed. Plaintiff objects to the dismissal and files this Notice of appeal. In support plaintiff states the following:

1. There is a Continueous deprivation of Medical treatment regarding plaintiff's perforated left tympainia Membrane. There is an ongoing Controversary.

2. This Motion is made in good faith and plaintiff will be predjudiced if this Cause is dismissed.

3. Plaintiff has been threaten & harrassed that if he did not stop filing lawsuits that he will be silenced.

4. Plaintiff objects to the Order dismissing defendant Centurion Medical Health Care providers due to the fact that they are the ultimate moving force of the deprivation of treatment to a ear, nose, throat specialist.

5. Centurion as stated in plaintiffs complaint has a custom or policy of refusing, denying, delaying, impeded, and frustrating access to a outside specialist when the cost is too exspensive as stated in the Complaint.

6. Plaintiff was Charged IFP $350.00 for the filing of this complaint and has a lien on his account and has not received any treatment, there has been no movement on the case, has not received any treatment and wishes to proceed.

## MEMORANDUM OF LAW

Pursuant to Rule 41(a)(1), Fed.R.Civ.P. the dismissal of plaintiffs complaint shall have been dismissed (without predjudice). meaning he could file again at a later date.

Pursuant to the only case law available to plaintiff at this time due to him being in Solitary Confinement, Emerson v. Thiel College, 296 F.3d 184, 190-91 (3d Cir. 2002)(delays over two years justified dismissal); Jourdan v. Jabe, 951 F.2d 108, 110 (6th Cir. 1991)(up holding dismissal for repeated failure to meet court deadline. In determining whether dismissal with prejudice is appropriate, courts generally consider factors such as "(1) the extent of the party's personal

responsibility; (2) the prejudice to the adversary caused by the failure to meet scheduling orders and response to discovery; (3) a history of dilatoriness; (4) whether the conduct of the party or the attorney was willful or in bad faith; (5) the effectiveness of sanctions other than dismissal, which entails an analysis of alternative sanctions; and (6) the meritoriousness of the claim or defense". Emerson v. Thiel College, 296 F. 3d at 190.

Conclusion, plaintiff asserts that this request is made in good faith, without delay and plaintiff will be prejudiced if this motion and complaint is denied.

Plaintiff has been charged a filing fee and received threats and is in fear of retaliation that is why he dismissed the case among other reasons, but ultimately would like to proceed this case more importantly plaintiff suffers daily from ear pain, lack of care, harrassement, threats and retaliation, there is a controvarsary and has no other remedy to redress this issue(s).

Relief Plaintiff request to proceed and there will be no more delays.

Respectfully Submitted: *Timothy Alan Connell*
Timothy Alan Connell
Florida State Prison
Post Office Box 800
Raiford, Florida 32083

CERTIFICANT OF SERVICE

I HEREBY CERTIFY THAT UNDER § 28 1746 that the forgoing is true & correct and was furnished to the Clerk of Court United States District court Southern District of Florida Miami Division, OBJECTIONS, NOTICE OF APPEAL PLACED IN LEGAL MAIL OFFICERS HANDS ON January 11th, 2022 to be mail United States postal Executed this 11th day of January 2022.

Respectfully Submitted: Timothy Alan Connell
Timothy Alan Connell
Florida State Prison
Post office Box 800
Raiford, Florida 32083.

Timothy A. Connell #111890
Florida State Prison
Post Office Box 800
Raiford, Florida 32083

Mailed From A State Correctional Institution



LEGAL MAIL

Clerk of Court
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128-7716

USMS INSPECTED

RECEIVED JAN 18 2022 12:19 PM

Provided to Florida State Prison on 1/11/22 for mailing by