**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 15, 2022

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 22-10233-A
Case Style: Timothy Connell v. Gonzalas Espino, et al
District Court Docket No: 1:21-cv-24136-AMC

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Toya J. Stevenson, A/lt
Phone #: (404) 335-6188

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-10233-A

_____

TIMOTHY ALAN CONNELL,

                          Plaintiff - Appellant,

versus

CENTURION MEDICAL HEALTH CARE PROVIDERS,

                          Defendant,

GONZALAS ESPINO,
Florida State Prison Medical Director M.D.,
THOMAS COOPMAN,
Captain, Dade Correctional Institution, in individual capacity,

                          Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Pursuant to Appellant Timothy Alan Connell's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective April 15, 2022.

                          DAVID J. SMITH
         Clerk of Court of the United States Court
           of Appeals for the Eleventh Circuit

                                  FOR THE COURT - BY DIRECTION